AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Emani Rey Justavino
*Defendant*

Case No. 3:26-mj-1381-LLL

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: Bryan Simpson United States Courthouse<br>300 North Hogan St.<br>Jacksonville, Florida 32202 | Courtroom No.: 5B |
| | Date and Time: 9/10/26 2:45 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/10/2026

Patricia D. Barksdale
*Judge's signature*

Patricia Barksdale, United States Magistrate Judge
*Printed name and title*