United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:26-MJ-1381-LLL**

**EMANI REY JUSTAVINO,**

---

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Detention Hearing |
| **Date** | September 10, 2026 |
| **Time** | 3:01 p.m. – 4:02 p.m.<br>Recess: 3:42 p.m. – 3:56 p.m. |
| **Judge** | Patricia Barksdale, U. S. Magistrate Judge |
| **Courtroom Deputy** | Sharon Spaulding |
| **Counsel for United States** | Elizabeth Brown, Assistant U.S. Attorney |
| **Counsel for Defendant** | John Rockwell, Esquire |
| **Pretrial Services Officer** | Benjamin Felder |
| **Digital/Reporter** | Digital |

Ms. Brown proffered facts and argued in favor of the United States' motion for detention pending trial.

Mr. Rockwell proffered facts and argued against the motion.

Mr. Rockwell called Brandy Justavino-Kow as a witness. Ms. Spaulding placed Ms. Justivano-Kow under oath. Mr. Rockwell, Ms. Brown, and Judge Barksdale questioned Ms. Justivano-Kow as a potential third-party custodian.

Judge Barksdale granted the motion for detention pending trial. Mr. Justavino was remanded to the custody of the Attorney General, subject to re-opening if a suitable third-party custodian is presented or other circumstances change. A written order will follow.