UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

Case No. 3:26-mj-1381-LLL

v.

EMANI JUSTAVINO
_______________________________/

**DEFENDANT'S MOTION TO REOPEN DETENTION HEARING PROCEEDINGS AND INTRODUCE TESTIMONY FROM ALTERNATE THIRD-PARTY CUSTODIAN**

The Defendant, EMANI JUSTAVINO, by and through the undersigned counsel, moves this Honorable Court to reopen the detention hearing proceedings in this cause and in support states the following:

1. Mr. Justavino was arrested on a Criminal Complaint on September 4, 2026 and the undersigned was appointed as conflict counsel for the Defendant.

2. On September 10, 2026, a detention hearing was held. The Honorable Patricia D. Barksdale presided.

3. Mr. Justavino's mother, Brandy Justavino, was proposed by the Defendant as a potential Third-Party Custodian.

4. The Court ruled for the reasons stated on the record that Ms. Justavino was not a suitable Third-Party Custodian and granted the Government's Motion for Detention with the understanding that the Court would reconsider Mr. Justavino's pretrial release if a suitable Third-Party Custodian was presented to the Court coupled with the pretrial release conditions proposed by the undersigned and Pretrial Services.

5. The undersigned has located an alternate Third-Party Custodian with

whom Mr. Justavino has previously resided with named Eugene Gann.

6. Mr. Gann is Mr. Justavino's uncle. He lives in Alabama with his wife and Mr. Justavino's grandmother.

7. Mr. Gann has agreed to serve as a Third-Party Custodian in this matter. His decision is supported by his wife and Mr. Justavino's grandmother.

**WHEREFORE**, the Defendant, EMANI JUSTAVINO, respectfully requests that this Honorable Court grant this Motion, reopen the detention proceedings, and schedule a hearing at the earliest possible time convenient with the Court and the parties' calendars to hear testimony from the proposed Third-Party Custodian and reconsider Mr. Justavino's pretrial release.

Respectfully submitted,

**EAGLE ROCK DEFENSE GROUP**

By: *\/s/ John Rockwell*
**JOHN ROCKWELL**
Florida Bar No. 779911
301 W. Bay St., Ste. 1413
Jacksonville, FL 32202
(904) 310-7501 (telephone)
john@eaglerockdefense.com
catherine@eaglerockdefense.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September 2026, a true copy of the foregoing was served by electronic notification to Elizabeth Brown, Esq., Office of the United States Attorney, and all other counsel of record.

*/s/ John Rockwell, Esq.*
Attorney